UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN RAY ROOT,<br><br>Defendant. | NO:  2:14-CR-0001-TOR-2<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on October 16, 2014, the Court entered the Preliminary Order of Forfeiture (ECF No. 249) in accordance with 21 U.S.C. § 853 forfeiting the following assets to the United States:

<u>REAL PROPERTY</u>

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 11852 Sunset Road, Thornton, Washington, legally described as follows:

Situated in the County of Whitman, State of Washington, and described as follows:

FINAL ORDER OF FORFEITURE ~ 1

A tract situated in the southeast quarter of the northwest quarter and in the northeast quarter of the southwest quarter of Section 28, Township 20 north, Range 43 East, W.M., described as follows:

Commencing at a point in the road on subdivision line 27 feet north of the center of said Section 28; thence north 0°40′ west 2.50 chains, thence north 84°5′ west 9.07 chains; thence south 65°39′ east 7.67 chains; thence south 23°29′ east 1.52 chains; thence north 52°13′ east 1.86 chains to the place of beginning.

A tract situated in the southwest quarter of the northeast quarter of Section 28, Township 19 north, Range 43 East, W.M., described as follows: Commencing at a point in road on subdivision line 27 feet north of the center of said Section 28; thence north 0°40′ west 165 feet along said subdivision line; thence south 85°28′ east 151 feet; thence south 43°22′ east 19 feet to center of road; thence south 49°17′ west 213 feet to the place of beginning.

FIREARMS

a.  a Browning Arms Company, Buck Mark, .22 long rifle caliber pistol bearing serial number 655NV33992;

b.  a Smith & Wesson, Model 422, .22 long rifle caliber pistol bearing serial number TEA1381;

c.  a Walther, Model 922, .22 long rifle caliber pistol bearing serial number L324193;

d.  a Remington Model 581, .22 caliber bolt action rifle bearing serial number 1229400; and,

e.  a Winchester, Model 1200, 12 gauge shotgun bearing serial number L1397427.

U.S. CURRENCY

-Approximately $1,657.00 U.S. currency

FINAL ORDER OF FORFEITURE ~ 2

On December 12, 2014, the United States Marshal's Service posted the Notice Preliminary Order of Forfeiture, the Preliminary Order of Forfeiture and Lis Pendens on the property located at 11852 Sunset Road, Thornton, Washington. (ECF No. 325). Based upon the posting date of December 12, 2014, the claim deadline was January 11, 2015.

Notice of the preliminary order of forfeiture was posted online as outlined in the Notice of Publication filed herein on June 10, 2015. (ECF Nos. 326, 326-1, 326-2) (firearms and currency). Based upon the December 23, 2014, publication start date, the latest claim deadline was February 21, 2015.

Notice of the preliminary order of forfeiture was posted online as outlined in the Notice of Publication filed herein on January 7, 2016. (ECF Nos. 329, 329-1, 329-2) (real property located at 11852 Sunset Road, Thornton, Washington). Based upon the June 2, 2015, publication start date, the latest claim deadline was August 1, 2015.

WHEREAS, on December 12, 2014, Brian W. Sparrow was served, via certified mail, return receipt requested with a Notice of Preliminary Order of Forfeiture and Preliminary Order of Forfeiture as outlined in the Certificate of Service by Mail filed herein on June 10, 2015. (ECF Nos. 327, 327-1). Based upon the December 12, 2014 service date his claim or petition was due no later

FINAL ORDER OF FORFEITURE ~ 3

than January 9, 2015.  To date, no claim, petition or other filing has been received from Brian W. Sparrow.

WHEREAS, on December 12, 2014, Tamatha E. Root was served, via certified mail, return receipt requested with a Notice of Preliminary Order of Forfeiture and Preliminary Order of Forfeiture as outlined in the Certificate of Service by Mail filed herein on June 10, 2015.  (ECF Nos.  328, 328-1).  Based upon the December 12, 2014 service date her claim or petition was due no later than January 9, 2015.  To date, no claim, petition or other filing has been received from Tamatha E. Root.

No claims or petitions were filed for the assets forfeited in the Preliminary Order of Forfeiture entered herein.

WHEREAS, the time for filing claims or petitions for said assets, as provided in 21 U.S.C. § 853(n) and Fed.R.Crim.P. 32.2(c) has expired, and no petitions or claims for said assets were filed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Government's Motion for Order Declaring the Preliminary Order of Forfeiture Final, filed January 7, 2016, ECF No. 330, is GRANTED.

2. The Court's October 16, 2014, Preliminary Order of Forfeiture is final as to the Defendant and as to any and all other persons or entities; and the assets are hereby forfeited to the United States.

FINAL ORDER OF FORFEITURE ~ 4

3.	The forfeited assets shall be disposed of in accordance with law.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** January 22, 2016.



THOMAS O. RICE
United States District Judge

FINAL ORDER OF FORFEITURE ~ 5